**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| SHARKNINJA OPERATING LLC, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 1:19-cv-12236-ADB |
| iROBOT CORPORATION, | ) |
| Defendant. | ) |

**JOINT MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND TO COMPLAINT**

Plaintiff SharkNinja Operating, LLC ("SharkNinja") and defendant iRobot Corporation ("iRobot," and with SharkNinja, the "Parties") hereby respectfully request this Court, pursuant to Federal Rule of Civil Procedure 6(b), extend the time within which iRobot must answer or otherwise respond to SharkNinja's Complaint, to a date to be determined by the Court but not less than ten (10) days after the Court rules on iRobot's Motion for Preliminary Injunction, Docket Entry No. 2 in the parallel case captioned *iRobot Corporation v. SharkNinja Operating, LLC, SharnNinja Management, LLC, and SharkNinja Sales Company*, United States District Court, District of Massachusetts, No. 19-cv-12125-ADB (the "Infringement Action"). This declaratory judgment action was recently transferred to this district from the District of Delaware. The Parties stipulated to jointly seek this extension, along with an extension for SharkNinja's answer or response in the Infringement Action, and therefore jointly request that the Court treat the two joint motions similarly. In support thereof, the Parties state as follows:

1. On October 11, 2019, SharkNinja filed a declaratory judgment action seeking a declaration of non-infringement in the United States District Court for the District of Delaware,

1

captioned *SharkNinja Operating LLC v. iRobot Corporation*, No. 19-cv-01935 (the "Delaware Action").

2.      On October 15, 2019, iRobot filed in this Court the Infringement Action, alleging the infringement of certain patents, along with a Motion for Preliminary Injunction.

3.      On October 30, 2019, the Delaware Action was transferred to this Court, at which time this case was opened.

4.      iRobot's response to the Complaint in this action is due on or before November 5, 2019; SharkNinja's response to the Complaint in the Infringement Action is due on or before November 6, 2019.

5.      In order to allow the Parties to dedicate their time and resources to briefing the Preliminary Injunction Motion pending in the Infringement Action (the Opposition to which is due November 1, 2019, and the Reply to which is due November 8, 2019) and to prepare for the November 13, 2019 hearing on the Motion for Preliminary Injunction in the Infringement Action, the Parties jointly request that iRobot's time to answer or otherwise respond to the Complaint be extended to a date to be determined by the Court, but not less than ten (10) days following the Court's ruling on the Motion for Preliminary Injunction in the Infringement Action.

6.      The Parties intend to file a parallel Joint Motion for Extension of Time to Answer or Otherwise Respond to Complaint in the Infringement Action.

WHEREFORE, for the foregoing reasons, the Parties respectfully assert that there exists good cause for the requested extension and request that iRobot's time to answer or otherwise respond to the Complaint be extended to a date to be determined by the Court, but not less than ten (10) days following the Court's ruling on the Motion for Preliminary Injunction in the Infringement Action.

Respectfully submitted,

**SHARKNINJA OPERATING LLC**                    **iROBOT CORPORATION**

*/s/ Alissa K. Lipton*                                    */s/ Timothy H. Madden*

Alissa K. Lipton (BBO # 678314)                 Timothy H. Madden (BBO# 654040)
FINNEGAN, HENDERSON, FARABOW,                 thm@dcglaw.com
GARRETT & DUNNER, LLP                             T. Christopher Donnelly (BBO# 129930)
alissa.lipton@finnegan.com                        tcd@dcglaw.com
Two Seaport Lane                                  Peter E. Gelhaar (BBO# 188310)
Boston MA 02210-2001                              peg@dcglaw.com
(617) 646-1643                                    DONNELLY, CONROY & GELHAAR, LLP
                                                  260 Franklin Street, Suite 1600
Doris Johnson Hines                               Boston, MA 02110
FINNEGAN, HENDERSON, FARABOW,                 Telephone:  (617) 720-2880
GARRETT & DUNNER, LLP                             Facsimile:  (617) 720-3554
dori.hines@finnegan.com
901 New York Avenue, N.W.                         Gregg F. LoCascio, P.C. (*pro hac vice*)
Washington, D.C. 20001-4413                       gregg.locascio@kirkland.com
(202) 408-4000                                    Anders P. Fjellstedt (*pro hac vice*)
                                                  anders.fjellstedt@kirkland.com
Erika Harmon Arner                                KIRKLAND & ELLIS LLP
FINNEGAN, HENDERSON, FARABOW,                 1301 Pennsylvania Avenue, N.W.
GARRETT & DUNNER, LLP                             Washington, D.C. 20004
erica.arner@finnegan.com                          Telephone:  (202) 389-5000
Two Freedom Square                                Facsimile:  (202) 389-5200
11955 Freedom Drive
Reston, VA 20190
(571) 203-2700

Brian A. Rosenthal
barosenthal@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue
New York, NY 10166
(212) 351-4000

## **CERTIFICATE OF SERVICE**

This document was filed through the CM/ECF system and will be served on SharkNinja pursuant to Fed. R. Civ. P. and L.R. 5.2.

*/s/ Timothy H. Madden*
Timothy H. Madden